# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NOOSHIN KHADIVI,

    Plaintiff,

v.

HANGER ORTHOPEDIC GROUP, *et al*.,

    Defendants.

Case No. 2:11-CV-01192-KJD-VCF

**ORDER**

    Plaintiff's Complaint (#1) was filed July 22, 2011. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be made upon a defendant 120 days after the filing of the complaint. The 120 day time period for effecting service of the summons and complaint upon Defendants expired no later than November 21, 2011. Plaintiff has not yet filed proof of service.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff shall have up to and including December 7, 2011 to file proof of service of the summons and complaint within the allowed time. If Plaintiff fails to respond or to file proof of service, the Court will dismiss the complaint without prejudice in accordance with Federal Rule of Civil Procedure 4(m).

    DATED this 23rd day of November 2011.

                                                                 Kent J. Dawson
                                                                 United States District Judge